UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RMT, INC. | : | |
| | : | CIVIL #13-06436 (RBK) |
| Plaintiff(s), | : | |
| -vs- | : | **ORDER OF DISMISSAL** |
| GCUBE INSURANCE SERVICES INC., ET AL. | : | |
| | : | |
| Defendant(s). | : | |

-------------------------------------------------------------------

It having been reported to the Court that the above-captioned action has been settled;

It is on this 20th    **Day of**   May  20<u>14</u> ;

**ORDERED** that this action is hereby dismissed  without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over such agreement.


                                                     s/Robert B. Kugler
                                                     HON. ROBERT B. KUGLER,  U.S.D.J.

cc:    Hon. Joel Schneider, U.S. Magistrate Judge
       All Counsel on Record
       File